IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 09-41505 |
| | ) | |
| ARTHUR HENRY HYSELL | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor . | ) | |
| | ) | |
| | ) | |

AMENDED NOTICE OF INTENT TO OFFER EVIDENCE IN COMPLIANCE WITH NEB. R. BANKR. P. RULE 400(1)(C) AND CERTIFICATE OF SERVICE

Movant hereby gives notice of the following evidence and affidavits that will be submitted at the hearing on August 24, 2009 at 10:00 a.m. in support of its Motion for Relief from Stay (Filing No. 28):

1., Proof of Claim No. 1 as filed by Great Western Bank Atkinson.

2., Proof of Claim No. 5 as filed by Farm Credit Services of America.

3. Affidavit of Donna A. Belgum (Filing No. 44)

4. Schedules and Statements of Affairs (Filing No. 6).

5. Notice of Trustee's Intent to Claim Certain Assets (Filing No. 22).

Great Western Bank, Creditor

By: /s/ Victor E. Covalt III
Victor E. Covalt III #16539
Ballew Covalt, PC LLO
P.O. Box 81229
Lincoln, NE 68501-1229
Tel: (402) 436-3030
Fax: (402) 436-3031
vcovalt@ballewcovalt.com

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on August 19, 2009 he electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following:

- Victor E. Covalt vcovalt@ballewcovalt.com, cwaples@ballewcovalt.com
- Patricia Fahey ustpregion13.om.ecf@usdoj.gov
- David Grant Hicks dhickslaw@aol.com, doyiacarpenter@myway.com;brenda_legal7@yahoo.com
- Michael B. Lustgarten mlustgarten@lr.omhcoxmail.com
- James Patrick Meuret jamesmeuret@gmail.com, jamesmeuret@hotmail.com
- Jim R. Titus jtitus@morristituslaw.com
- John A. Wolf jawbk@cccusa.net, jwolf@ecf.epiqsystems.com
- John A. Wolf jawbk@cccusa.net

         /s/ Victor E. Covalt III
          Victor E. Covalt III  #16539